FILED
Western District of Washington
at Tacoma

MAR 15 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Honorable Paul B. Snyder
Chapter 13
Hearing Date: March 18, 2010
Hearing Time: 1:00 p.m.
Hearing Location: Union Station, Courtroom J
**Response Date: March 11, 2010**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In re | No. 10-40158-PBS |
|---|---|
| GARRETT R. CASEY and BRENDA J. CASEY, Debtors. | ORDER APPROVING INTERIM APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

THIS MATTER having come on before the Court on the interim application of Resolve Legal PLLC for an award of compensation herein; and the Court, pursuant to 11 U.S.C §330 and Bankruptcy Rule 2016, having found good cause therefor, it is hereby

ORDERED:

1. That Resolve Legal PLLC is hereby allowed compensation from May 19, 2009, through February 1, 2010, in the amount of $4,436.00.

2. That Resolve Legal PLLC is hereby allowed reimbursement of costs and expenses in the amount of $372.00.

3. That the $3,299.00 held in trust for the Debtor by counsel shall be applied to the approved amount of $4,808.00.

ORDER APPROVING INTERIM APPLICATION FOR
COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT
OF COSTS - 1



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123 f: 206.624.8598 www.resolvelegal.com

4. That the Chapter 13 Trustee's office is directed to pay the remaining balance of $1,509.00 from current funds on hand and future funds.

DATED this /5th day of March 2009.

Honorable Paul B. Snyder
United States Bankruptcy Judge

Presented by:

RESOLVE LEGAL PLLC

By  /s/ Taryn M. Darling Hill
    Taryn M. Darling Hill, WSBA #38276
Attorneys for Debtor

ORDER APPROVING INTERIM APPLICATION FOR
COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT
OF COSTS - 2



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123 f: 206.624.8598 www.resolvelegal.com